FILED

07/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0277

Steven J. Harman, J.D.
STEVE HARMAN LAW, P.L.L.C.
2611 Minnesota Avenue
Billings, MT 59101
(406) 969-4498 (phone)
(406) 969-4497 (fax)
steve@steveharmanlaw.com
*Attorney for Plaintiff*

# IN THE SUPREME COURT OF THE STATE OF MONTANA

TONNA O'NEILL,                              )   Cause No.:  DA 23-0277
                                            )
                        Appellant,          )
                                            )
            vs.                             )   **ORDER REGARDING TIME**
                                            )   **REQUIREMENTS**
MALLORY NOVACK, D.O., AND                   )
GLENN MCLAUGHLIN, M.D.                      )
                                            )
                        Appellee(s).        )
                                            )

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the time requirements of the Rules of Appellate Procedure are held in abeyance pursuant to R.App.Pro 7(3)(b) until the filing of the mediator's report or the expiration of the 75-day time limit.

Dated this_____ day of_____, 2023.

_____
Honorable Supreme Court

# CERTIFICATE of SERVICE

I hereby certify that I filed a true and accurate copy of the foregoing with the clerk of the Montana Supreme court and that I have served true and accurate copies of the foregoing upon each attorney of record, and each party not represented by an attorney in the above-referenced action, as Follows: Email and USPS

1.  Peter Stokstad
    Elijah Inabnit
    Garlington, Lohn & Robinson, PLLP
    P.O. Box 7909
    Missoula, MT  59807
    *pjstokstad@GARLINGTON.COM*
    *elinabnit@GARLINGTON.COM*

2.  Clerk of District Court (Anaconda-Deer Lodge)
    Jodine Lechman
    800 S. Main Street
    Anaconda, MT 59711-2999

Dated on this 6th day of July, 2023.

*[signature]*

Steve J. Harman

Steven J. Harman, J.D.
STEVE HARMAN LAW, P.L.L.C.
2611 Minnesota Avenue
Billings, MT 59101
(406) 969-4498
(406) 969-4497 (fax)
steve@steveharmanlaw.com
*Attorney for Appellant*

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2023